IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARTRELL R. SMITH,

    Plaintiff,

v.                                                                                             No. 25-cv-0574-WJ-GBW

COUNTY OF CHAVES, *et al*,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Plaintiff Cartrell R. Smith's motions to amend/supplement and compel discovery (Docs. 4, 11). Plaintiff was incarcerated when this case was filed and is proceeding *pro se*. His Motion to Add New Events/Violations describes circumstances that he experienced in jail after the case was filed. *See* Doc. 4. Under Rule 15(d), the Court may "on just terms" permit supplemental filings that "set[] out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). The Court agrees that Plaintiff should be permitted to raise additional facts/claims in this case but declines to entertain piecemeal pleadings. Accordingly, the Court will grant the Motion to Add New Events/Violations, in part, and allow Plaintiff to file a single amended complaint within thirty (30) days of entry of this ruling. The single amended complaint must set forth all factual allegations and legal claims that Plaintiff wishes to raise in this case. If Plaintiff fails to timely comply, the Court may limit its review to the Amended Complaint (Doc. 2) currently on file without regard to the supplemental allegations in his motion (Doc. 4).

1

Plaintiff also asks the Court to order the production of all grievances he filed with the Chavez County Detention Center. *See* Doc. 11 at 1. Such request is premature because this case is still under initial review. Pursuant to 28 U.S.C. § 1915A, the Court must screen all civil complaints where, as here, a prisoner seeks relief from a government officer. *Sua sponte* dismissal is required where the complaint fails to state a cognizable claim or seeks monetary relief from a defendant who is immune. *See* 28 U.S.C. § 1915A(b). Section 1997(e) of Title 42 further provides that a defendant may decline to reply to any action brought by a prisoner until the Court orders a response. *See* 42 U.S.C. §1997e(g)(1)-(2). Prisoner petitions are similarly excluded from pre-trial case management procedures, including discovery obligations, under the Court's local rules. *See* D.N.M. LR-Civ. 16.3(d); D.N.M. LR-Civ. 26.3(a)(1).

Based on these authorities, the Court will deny Plaintiff's Motion to Compel Production of Grievances (Doc. 11) without prejudice to refiling at a later time. Defendants are not required to produce documents or otherwise respond in this case unless and until the claims survive initial review.

The Court finally notes that Plaintiff was recently released from custody, and he has not updated his address in this case. *See* Order Setting Conditions of Release, entered December 18, 2025 in *State of New Mexico v. Cartrell*, D-504-CR-2024-0582; *see also* D.N.M. Local Civil Rule 83.6 ("All … parties appearing *pro se* have a continuing duty to notify the Clerk, in writing, of any change in their … mailing addresses"). Within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his current address or show cause why this case should not be dismissed. The failure to timely comply may result in dismissal of this action without further notice.

**IT IS ORDERED** that Plaintiff's Motion to Add New Events/Violations (**Doc. 4**) is **GRANTED, in part**; and within thirty (30) days of entry of this ruling, Plaintiff may file a single, amended complaint that sets forth all factual allegations and legal claims that he wishes to raise in this case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Production of Grievances (**Doc. 11**) is **DENIED without prejudice**.

**IT IS FINALLY ORDERED** that within thirty (30) days of entry of this ruling, Plaintiff shall notify the Clerk in writing of his current address or show cause why this case should not be dismissed.

**SO ORDERED**.

/s/
HON. WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE